```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EDINSON AMIN BELTRE FELIZ,
a/k/a "Eddie,"
                            Defendant.

21 Cr. 731 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing in this matter scheduled for April 12, 2022, is ADJOURNED to **April 26, 2022**, at **11:00 a.m.** Defendant's submission is due two weeks before sentencing. The Government's submission is due one week before sentencing.

      SO ORDERED.

Dated: March 24, 2022
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge