UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDINSON AMIN BELTRE FELIZ,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/26/2022____
```

21 Cr. 731 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The defendant in the above-captioned matter was sentenced to a term of imprisonment of time served, and is, therefore, to be released, subject to any detainers or other custodial sentences.

SO ORDERED.

Dated: April 26, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge